UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., Jr., | ) Case No.: 1:12-cv-00022 - JLT |
| Plaintiff, | ) ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Plaintiff seeks judicial review of the administrative decision denying his claim for Social Security benefits.  However, there are indications in the record that Plaintiff is a minor who is not represented by a guardian ad litem.

The capacity of a litigant is determined by "the law of the state where the court is located." Fed. R. Civ. P. 17(b).  Under California law, a minor "shall appear either by a guardian or conservator of the estate or by a guardian ad litem appointed by the court in which the action or proceeding is pending, or by the judge in each case."  Cal. Code of Civ. P. § 372.  Consequently, a minor cannot maintain an action on his own.  However, a minor may appear as a litigant if represented by a guardian ad litem. Fed. R. Civ. P. 17(c).  The Local Rules instruct:

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor . . . the attorney representing the minor…shall present (1) appropriate evidence of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court.

1

1  Local Rule 202(a).  Here, Plaintiff's counsel has not provided evidence that Plaintiff has a

2  representative, and no motion has been filed with the court for the appointment of a guardian.

3  Therefore, it appears Plaintiff lacks the capacity to prosecute this action.

4       Accordingly, Plaintiff is **ORDERED** to show cause within 21 days why the action should not

5  be dismissed for Plaintiff's lack of capacity , or in the alternative, to file a motion for the appointment

6  of a guardian ad litem.

7

8

9  IT IS SO ORDERED.

10    Dated:  **May 2, 2012**        **/s/ Jennifer L. Thurston**

11                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2