# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., Jr., | Case No.: 1:12-cv-00022 - JLT |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 11) |
| Defendant. | |

On May 2, 2012, the Court ordered Plaintiff to show cause why the action should not be dismissed for the lack of Plaintiff's capacity to sue, or in the alternative to file a motion to a motion to appoint a guardian ad litem within twenty-one days of the date of service. (Doc. 11). Plaintiff filed a motion for the appointment of a guardian ad litem, within the time frame set forth in the Court's order, on May 11, 2012. (Doc. 12).

Accordingly, **IT IS HEREBY ORDERED**: The order to show cause dated May 2, 2012 is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **May 15, 2012**                    /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE